AMOS SMITH, PLAINTIFF-RESPONDENT, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BERGEN AND STEPHEN J. CUCCIO, COUNTY ADMINISTRATOR OF THE COUNTY OF BERGEN AND JOHN DOE, TRUE NAME UNKNOWN, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Submitted December 6, 1976—Decided January 7, 1977.

Before Judges FRITZ, CRAHAY and ARD.

*Mr. Vincent P. Rigolosi,* attorney for appellants (*Mr. Leon B. Savetsky* on the brief).

*Messrs. Hodes, Felzenberg & Randall,* attorneys for respondent (*Mr. Robert H. Smith* on the brief).

PER CURIAM. The judgment of the trial court is affirmed for the reasons set forth in the comprehensive opinion of Judge Lester.